■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELIO CUESTA, Appellant.—Appeal by the defendant from a

judgment of the Supreme Court, Queens County (Naro, J.), rendered September 29, 1982, convicting him of criminal possession of stolen property in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The court did not abuse its discretion in deciding the defendant's *Sandoval* motion. The defendant argues that the prosecutor should have been precluded from questioning him as to two 1978 convictions for possession of a weapon. Where, as here, the crime charged and the prior convictions are dissimilar, the risk that the jury will draw an inference from the evidence of the prior convictions that the defendant has a propensity to commit the charged crime is remote *(see, People v Rhodes,* 96 AD2d 565). The trial court's ruling did not, in fact, prevent the defendant from testifying at trial, and so did not impair the fact-finding process *(see, People v Williams,* 108 AD2d 767). Moreover, the repetition by the defendant of the same crime within a short period of time demonstrates a calculated willingness on his part to put the advancement of his own interest ahead of principle or the interests of society *(see, People v Sandoval,* 34 NY2d 371). The defendant also contends that comments made during the prosecutor's opening statement and summation denied him a fair trial. While several of these comments exceeded the bounds of legitimate advocacy and were improper, each of the offending comments was corrected either by curative instructions or by a proper charge *(see, People v Jones,* 89 AD2d 875). Weinstein, J. P., Rubin, Eiber and Spatt, JJ., concur.